Richard K. Howell (State Bar No. 144241)
rhowell@rutan.com
Roger F. Friedman (State Bar No. 186070)
rfriedman@rutan.com
Gerard M. Mooney (State Bar No. 222137)
gmooney@rutan.com
RUTAN & TUCKER, LLP
611 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-1931
Telephone:   714-641-5100
Facsimile:   714-546-9035

Attorneys for Defendant
Armen Haig Gugasian

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:14-bk-11492-ES |
| THE TULVING CO., INC., | Chapter 7 |
| Debtor. | |
| WENETA M.A. KOSMALA, as Chapter 7 Trustee for the Tulving Company, Inc., | Adv. No. 8:16-ap-01083-ES |
| Plaintiff, | **FIRST STIPULATION TO CONTINUE PRETRIAL CONFERENCE AND RELATED DATES AND DEADLINES IN ADVERSARY PROCEEDING** |
| v. | |
| ARMEN HAIG GUGASIAN, | |
| Defendant. | |

Rutan & Tucker, LLP
attorneys at law

2152/033457-0001
10714781.1 a03/15/17

-1-

STIPULATION TO CONTINUE PRETRIAL
CONFERENCE AND RELATED DATES AND
DEADLINES

Weneta M. A. Kosmala, Chapter 7 Trustee for The Tulving Company, Inc. ("**Trustee**"), on the one hand, and Levon Gugasian and Armen Gugasian (collectively, the "**Gugasians**"), on the other hand, by and through their respective attorneys of record, hereby enter into this First Stipulation To Continue Pretrial Conference And Related Dates And Deadlines In Adversary Proceeding ("**Stipulation**"), subject to the Court's approval. In support of this Stipulation, Trustee  and the Gugasians (collectively, **"Parties"**) hereby represent as follows:

## RECITALS

1. On March 10, 2014, The Tulving Company, Inc. ("**Debtor**") filed a voluntary petition under Chapter 11 of Title 11 of the United States Code, thereby commencing the above-captioned bankruptcy case, Bankruptcy Case No. 8:14-bk-11492-ES (the **"Case"**).

2. On March 21, 2014, R. Todd Neilson was duly appointed as the Chapter 11 trustee.

3. On March 29, 2014, the Court entered its Order converting the Case to one under Chapter 7 of Title 11 of the United States Code.

4. On June 10, 2014, R. Todd Neilson was duly appointed as the Chapter 7 trustee.

5. On March 9, 2016, the Trustee filed its Complaints for Avoidance and Recovery of Fraudulent Transfers (the **"Adversary Complaints"**) against the Gugasians, thereby commencing Adversary Proceedings Nos. 8:16-ap-01083 and 8:16-ap-01084 (the **"Adversary Proceedings"**).

6. On April 1, 2016, the Court appointed Weneta M. A. Kosmala as the successor Chapter 7 trustee, replacing R. Todd Neilson.

7. On April 11, 2016, the Gugasians filed their Amended Answers to the Trustee's Adversary Complaints.

8. On August 10, 2016, before the commencement of discovery, the Parties held a mediation before Robbin Itkin, which did not result in a settlement of the Adversary

Rutan & Tucker, LLP
attorneys at law

2152/033457-0001
10714781.1 a03/15/17

-2-

STIPULATION TO CONTINUE PRETRIAL
CONFERENCE AND RELATED DATES AND
DEADLINES

1 | Proceedings.

2 |     9.    On September 23, 2016, the Court entered a Scheduling Order in the

3 | Adversary Proceedings, setting a Pretrial Conference for May 18, 2017, and setting an

4 | April 3, 2017 deadline for the completion of discovery.

5 |     10.    On November 2, 2016, the Gugasians retained new defense counsel – Rutan

6 | & Tucker, LLP – to represent them in the Adversary Proceedings.

7 |     11.    Since the Gugasians' retention of their new defense counsel, the Trustee and

8 | the Gugasians (collectively, the **"Parties"**) have been working together diligently in an

9 | effort to efficiently complete discovery and litigate the Adversary Proceedings.

10 |     12.    Within the past four months, the Parties have engaged in written discovery,

11 | including interrogatories, requests for production, and requests for admission; produced

12 | documents to one another; taken the deposition of Armen Gugasian; discussed scheduling

13 | the deposition of Levon Gugasian; discussed scheduling the deposition of third party

14 | percipient witness Hannes Tulving; and discussed a timeline for the exchange of expert

15 | witness reports.

16 |     13.    A potentially key percipient witness in the Adversary Proceedings will be

17 | Hannes Tulving, the principal of the Debtor, who presently is incarcerated at FCI Butner

18 | Low in Butner, North Carolina, with a scheduled release date of June 23, 2018.

19 |     14.    The Gugasians wish to arrange for a deposition of Mr. Tulving, which

20 | typically requires several months to arrange logistically, will require leave of the Court

21 | (per FRCP 30(a)(2)(B)), and will require the permission and cooperation of the Federal

22 | Bureau of Prisons and Mr. Tulving.

23 |     15.    On February 21, 2017, the Trustee disclosed in written discovery responses

24 | the existence of numerous boxes of documents pertaining to the Debtor that have not yet

25 | been produced to the Gugasians, and the Gugasians wish to review and potentially seek

26 | deposition testimony concerning the documents.

27 |     16.    The Parties therefore desire to continue the pretrial conference in the

28 | Adversary Proceedings to a date in October 2017 convenient for the Court, and continue

Rutan & Tucker, LLP
attorneys at law

2152/033457-0001
10714781.1 a03/15/17

-3-

STIPULATION TO CONTINUE PRETRIAL
CONFERENCE AND RELATED DATES AND
DEADLINES

1 │ the discovery completion deadline to September 29, 2017, so that they may have sufficient

2 │ time to complete discovery and prepare this matter for trial, or, alternatively, prepare to

3 │ make another attempt at mediating and possibly settling the Parties' respective claims.

4 │      17.    The Parties have not previously requested, nor has the Court granted, any

5 │ prior continuances of the Pretrial Conference or discovery completion deadline.

6 │ **<u>STIPULATION</u>**

7 │      The Parties hereby stipulate and agree, subject to Court approval, that:

8 │      1.    The discovery completion deadline shall be continued from April 3, 2017 to

9 │ September 29, 2017.

10 │      2.    The pretrial conference in this adversary proceeding shall be continued from

11 │ May 18, 2017 to a date six weeks after the discovery completion deadline (in November

12 │ 2017), or a similar time period, subject to the Court's discretion and availability on the

13 │ Court's calendar.

14 │      3.    The Parties shall exchange expert witness reports 30 days after the continued

15 │ discovery completion deadline.

16 │      4.    The extension of time stipulated to herein shall apply solely to the Parties in

17 │ the Adversary Proceedings, and shall not apply to other creditors or other proceedings.

18 │ / / /

19 │ / / /

20 │ / / /

21 │ / / /

22 │ / / /

23 │ / / /

24 │ / / /

25 │ / / /

26 │ / / /

27 │ / / /

28 │ / / /

Rutan & Tucker, LLP
attorneys at law

2152/033457-0001
10714781.1 a03/15/17

-4-

STIPULATION TO CONTINUE PRETRIAL
CONFERENCE AND RELATED DATES AND
DEADLINES

5.     Neither the execution of this Stipulation nor anything contained in it shall be deemed a waiver of any Party's rights, remedies, or defenses, or an admission by any Party of any alleged facts or any liability to anyone.

**IT IS SO STIPULATED.**

Dated:  March 15, 2017

RUTAN & TUCKER, LLP
RICHARD K. HOWELL
ROGER F. FRIEDMAN
GERARD M. MOONEY

By: _____
Roger F. Friedman
Attorneys for Defendant
Armen Haig Gugasian

Dated:  March 15, 2017

PACHULSKI STANG ZIEHL & JONES LLP
JAMES K. T. HUNTER

By: _____
James K. T. Hunter
Attorneys for Weneta M. A. Kosmala,
Chapter 7 Trustee for The Tulving
Company, Inc.

2152/033457-0001
10714781.1 a03/15/17

-5-

STIPULATION TO CONTINUE PRETRIAL
CONFERENCE AND RELATED DATES AND
DEADLINES

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
611 Anton Blvd., Ste. 1400, Costa Mesa, CA  92626.

A true and correct copy of the foregoing document entitled (*specify*):  **FIRST STIPULATION TO CONTINUE PRETRIAL CONFERENCE AND RELATED DATES AND DEADLINES IN ADVERSARY PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) March 16, 2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Michael R Adele     , kadele@wgllp.com
- Frank Cadigan    frank.cadigan@usdoj.gov
- James KT Hunter     jhunter@pszjlaw.com
- Robbin L Itkin    ritkin@linerlaw.com, cbullock@linerlaw.com
- Weneta M Kosmala (TR)     ecf.alert+Kosmala@titlexi.com, wkosmala@txitrustee.com; dmf@txitrustee.com; kgeorge@kosmalalaw.com
- R. Todd Neilson (TR)     tneilson@brg-expert.com, sgreenan@brg-expert.com; tneilson@ecf.epiqsystems.com; ntroszak@brg-expert.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) March 16, 2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Erithe A. Smith
United States Bankruptcy Court
411 West Fourth Street, Suite 5040
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 16, 2017 | Brittany Reynolds | /s/ Brittany Reynolds |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                          **F 9013-3.1.PROOF.SERVICE**