1  Richard K. Howell (State Bar No. 144241)
   rhowell@rutan.com
2  Roger F. Friedman (State Bar No. 186070)
   rfriedman@rutan.com
3  Gerard M. Mooney (State Bar No. 222137)
   gmooney@rutan.com
4  RUTAN & TUCKER, LLP
   611 Anton Boulevard, Suite 1400
5  Costa Mesa, California 92626-1931
   Telephone:  714-641-5100
6  Facsimile:   714-546-9035

7  Attorneys for Defendant
   Levon Gugasian

8             UNITED STATES BANKRUPTCY COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10                 SANTA ANA DIVISION

11 | In re                              | Case No. 8:14-bk-11492-ES
12 | THE TULVING CO., INC.,             | Chapter 7
13 |         Debtor.                    |
   |                                    | Adv. No. 8:16-ap-01084-ES
14 |------------------------------------|
15 | WENETA M.A. KOSMALA, as Chapter 7  | **SECOND STIPULATION TO
   | Trustee for the Tulving Company, Inc., | CONTINUE PRETRIAL CONFERENCE
16 |                                    | AND RELATED DATES AND
   |         Plaintiff,                 | DEADLINES IN ADVERSARY
17 |     v.                             | PROCEEDING**
18 | LEVON GUGASIAN,                    |
19 |         Defendant.                 |
20
21
22
23
24
25
26
27
28

1  Weneta M. A. Kosmala, Chapter 7 Trustee for The Tulving Company, Inc.

2  (**"Trustee"**), on the one hand, and Levon Gugasian and Armen Gugasian (collectively, the

3  **"Gugasians"**), on the other hand, by and through their respective attorneys of record,

4  hereby enter into this Second Stipulation To Continue Pretrial Conference And Related

5  Dates And Deadlines In Adversary Proceeding (**"Stipulation"**), subject to the Court's

6  approval.  In support of this Stipulation, Trustee  and the Gugasians (collectively,

7  **"Parties"**) hereby represent as follows:

8  **RECITALS**

9  1.  On March 10, 2014, The Tulving Company, Inc. (**"Debtor"**) filed a

10  voluntary petition under Chapter 11 of Title 11 of the United States Code, thereby

11  commencing the above-captioned bankruptcy case, Bankruptcy Case No. 8:14-bk-11492-

12  ES (the **"Case"**).

13  2.  On March 21, 2014, R. Todd Neilson was duly appointed as the Chapter 11

14  trustee.

15  3.  On March 29, 2014, the Court entered its Order converting the Case to one

16  under Chapter 7 of Title 11 of the United States Code.

17  4.  On June 10, 2014, R. Todd Neilson was duly appointed as the Chapter 7

18  trustee.

19  5.  On March 9, 2016, the Trustee filed its Complaints for Avoidance and

20  Recovery of Fraudulent Transfers (the **"Adversary Complaints"**) against the Gugasians,

21  thereby commencing Adversary Proceedings Nos. 8:16-ap-01083 and 8:16-ap-01084 (the

22  **"Adversary Proceedings"**).

23  6.  On April 1, 2016, the Court appointed Weneta M. A. Kosmala as the

24  successor Chapter 7 trustee, replacing R. Todd Neilson.

25  7.  On April 11, 2016, the Gugasians filed their Amended Answers to the

26  Trustee's Adversary Complaints.

27  8.  On August 10, 2016, before the commencement of discovery, the Parties

28  held a mediation before Robbin Itkin, which did not result in a settlement of the Adversary

1  Proceedings.

2       9.    On September 23, 2016, the Court entered a Scheduling Order in the

3  Adversary Proceedings, setting a Pretrial Conference for May 18, 2017, and setting an

4  April 3, 2017 deadline for the completion of non-expert discovery.

5       10.    On November 2, 2016, the Gugasians retained new defense counsel – Rutan

6  & Tucker, LLP – to represent them in the Adversary Proceedings.

7       11.    Following the Gugasians' retention of their new defense counsel, the Trustee

8  and the Gugasians (collectively, the **"Parties"**) worked (and continue to work) together

9  diligently in an effort to efficiently complete non-expert discovery and litigate the

10  Adversary Proceedings.

11       12.    On March 20, 2017, pursuant to the Parties' First Stipulation to Continue

12  Pretrial Conference and Related Deadlines in Adversary Proceedings, the Court entered its

13  Order continuing the non-expert discovery completion deadline from April 3, 2017 to

14  September 29, 2017, and continuing the Pretrial Conference from May 18, 2017 to

15  November 16, 2017, to permit the Parties to take additional discovery they believed may

16  be necessary for their respective claims and defenses.  In addition, the Court ordered that

17  the Parties exchange expert witness reports 30 days after the continued non-expert

18  discovery completion deadline.

19       13.    Within the past nine months, and after entry of the Court's Order, the Parties

20  have engaged in written discovery, including interrogatories, requests for production, and

21  requests for admission; produced and reviewed tens of thousands of documents; taken the

22  deposition of Armen Gugasian; exchanged dates for the deposition of Levon Gugasian;

23  scheduled the depositions of several third parties; and served supplemental interrogatories

24  and requests for production.

25       14.    Having undertaken significant discovery, the Parties believe now is an

26  opportune time to further discuss a potential settlement of the Adversary Proceedings in

27  mediation, and have scheduled that mediation with the Hon. Mitchel R. Goldberg (Ret.) of

28  Judicate West, to be held on November 3, 2017.

15. The Parties further believe that given their approaching mediation, their resources would best be spent focusing on the mediation, rather than engaging in additional discovery and preparing for trial, which, in light of the approaching non-expert discovery completion deadline and Pretrial Conference, would otherwise be necessary.

16. The Parties therefore desire a short further continuance of the Pretrial Conference in the Adversary Proceedings to a date in February 2018 or March 2018 or as is convenient for the Court, and to continue the non-expert discovery completion deadline to January 15, 2018, so that they may have sufficient time to mediate this matter, and thereafter, if necessary, complete discovery and prepare this matter for trial.

17. The Parties previously requested and the Court granted one prior continuance of the Pretrial Conference and non-expert discovery completion deadline.

## **STIPULATION**

The Parties hereby stipulate and agree, subject to Court approval, that:

1. The non-expert discovery completion deadline shall be continued from September 29, 2017 to January 15, 2018.

2. The Pretrial Conference in this adversary proceeding shall be continued from November 16, 2017 to a date in February or March 2018, subject to the Court's discretion and availability on the Court's calendar.

3. The Parties shall exchange expert witness reports thirty (30) days after the continued non-expert discovery completion deadline.

4. The extension of time stipulated to herein shall apply solely to the Parties in the Adversary Proceedings, and shall not apply to other creditors or other proceedings.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1    5.    Neither the execution of this Stipulation nor anything contained in it shall be

2  deemed a waiver of any Party's rights, remedies, or defenses, or an admission by any Party

3  of any alleged facts or any liability to anyone.

4

5        **IT IS SO STIPULATED**.

6

7  Dated: September 13, 2017          RUTAN & TUCKER, LLP
                                      RICHARD K. HOWELL
8                                     ROGER F. FRIEDMAN
                                      GERARD M. MOONEY
9

10                                    By:  /s/  Roger F. Friedman

11                                         Roger F. Friedman
                                           Attorneys for Defendant
12                                         Levon Gugasian

13  Dated: September 13, 2017          PACHULSKI STANG ZIEHL & JONES
                                       LLP
14                                     JAMES K. T. HUNTER

15

16                                    By:

17                                         James K. T. Hunter
                                           Attorneys for Weneta M. A. Kosmala,
18                                         Chapter 7 Trustee for The Tulving
                                           Company, Inc.

19

20

21

22

23

24

25

26

27

28

SECOND STIPULATION TO CONTINUE
PRETRIAL CONFERENCE AND RELATED
DATES AND DEADLINES

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
611 Anton Blvd., Ste. 1400, Costa Mesa, CA  92626.

A true and correct copy of the foregoing document entitled (*specify*):  **SECOND STIPULATION TO CONTINUE PRETRIAL CONFERENCE AND RELATED DATES AND DEADLINES IN ADVERSARY PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) September 14, 2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Frank Cadigan    frank.cadigan@usdoj.gov
- Roger F Friedman    rfriedman@rutan.com
- James KT Hunter    jhunter@pszjlaw.com
- Robbin L Itkin    ritkin@linerlaw.com, cbullock@linerlaw.com
- Weneta M Kosmala (TR)    ecf.alert+Kosmala@titlexi.com, wkosmala@txitrustee.com;dmf@txitrustee.com;kgeorge@kosmalalaw.com
- R. Todd Neilson (TR)    tneilson@brg-expert.com, sgreenan@brg-expert.com;tneilson@ecf.epiqsystems.com;ntroszak@brg-expert.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) September 14, 2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Erithe A. Smith
United States Bankruptcy Court
411 West Fourth Street, Suite 5040
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 14, 2017 | Cecilia Solórzano | /s/ Cecilia Solórzano |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.