Richard K. Howell (State Bar No. 144241)
rhowell@rutan.com
Roger F. Friedman (State Bar No. 186070)
rfriedman@rutan.com
Gerard M. Mooney (State Bar No. 222137)
gmooney@rutan.com
RUTAN & TUCKER, LLP
611 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-1931
Telephone:   714-641-5100
Facsimile:   714-546-9035

Attorneys for Defendant
Levon Gugasian

**FILED & ENTERED**

**SEP 14 2017**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY duarte     DEPUTY CLERK**

**CHANGES MADE BY COURT**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>THE TULVING CO., INC.,<br><br>Debtor.<br><br>WENETA M.A. KOSMALA, as Chapter 7 Trustee for the Tulving Company, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>LEVON GUGASIAN,<br><br>Defendant. | Case No. 8:14-bk-11492-ES<br><br>Chapter 7<br><br>Adv. No. 8:16-ap-01084-ES<br><br>**ORDER APPROVING SECOND STIPULATION TO CONTINUE PRETRIAL CONFERENCE AND RELATED DATES AND DEADLINES IN ADVERSARY PROCEEDING** |

The Court, having considered the Second Stipulation To Continue Pretrial Conference And Related Dates And Deadlines In Adversary Proceeding (**"Stipulation"**) between Weneta M. A. Kosmala, Chapter 7 Trustee for The Tulving Company, Inc. (**"Trustee"**), on the one hand, and Levon Gugasian and Armen Gugasian (collectively, the **"Gugasians"**), on the other hand, filed as Docket No. 27 in the above-captioned adversary proceeding, and good cause appearing therefor:

**IT IS HEREBY ORDERED** that:

1.     The Stipulation is approved;

2. The discovery completion deadline is continued from September 29, 2017 to January 15, 2018;

1. The pretrial conference in this adversary proceeding is continued from November 16, 2017 to **March 8, 2018 at 9:30 a.m.**

2. **A joint pretrial stipulation shall be filed by February 22, 2018.**

3. The Parties shall exchange expert witness reports 30 days after the continued discovery completion deadline.

4. The extension of time stipulated to herein shall apply solely to the Parties in this adversary proceeding, and shall not apply to other creditors or other proceedings.

###

Date: September 14, 2017

Erithe Smith
United States Bankruptcy Judge