James K.T. Hunter (CA Bar No. 73369)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone: 310-277-6910
Facsimile: 310-201-0760
E-mail: jhunter@pszjlaw.com

Counsel for Weneta M. A. Kosmala, Chapter 7 Trustee for
The Tulving Company, Inc.

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>THE TULVING COMPANY, INC., a California corporation,<br><br>Debtor. | Case No.: 8:14-bk-11492-ES<br><br>Chapter 7 |
| WENETA M. A. KOSMALA, as Chapter 7 Trustee for The Tulving Company, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>LEVON GUGASIAN,<br><br>Defendant. | Adv. Proc. No. 8:16-ap-01084-ES<br><br>**STIPULATED DISMISSAL**<br><br>[No Hearing Scheduled] |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), made applicable to this adversary proceeding pursuant to Federal Rule of Bankruptcy Procedure 7041, Plaintiff and Defendant (collectively, the "Parties") hereby stipulate to the voluntary dismissal, with prejudice, of the above-captioned adversary proceeding.

1

DOCS_LA:311225.1 59935/002

The Parties shall bear their own attorneys' fees and costs in connection with the above-captioned case and above-captioned bankruptcy case.

Dated: January 9, 2018    PACHULSKI STANG ZIEHL & JONES LLP

By: /s/ James K.T. Hunter
James K.T. Hunter

Counsel for Weneta M. A. Kosmala, Chapter 7 Trustee for The Tulving Company, Inc.

Dated: January 9, 2018    RUTAN & TUCKER, LLB

By: _____
Roger F. Friedman

Attorneys for Defendant Levon Gugasian

2

DOCS_LA:311225.1 59935/002

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067**

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATED DISMISSAL**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) January 9, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Frank Cadigan    frank.cadigan@usdoj.gov
- Roger F Friedman    rfriedman@rutan.com
- James KT Hunter    jhunter@pszjlaw.com
- Robbin L Itkin    robbin.itkin@dlapiper.com, cheryleigh.bullock@dlapiper.com
- Weneta M Kosmala (TR)    ecf.alert+Kosmala@titlexi.com, wkosmala@txitrustee.com;dmf@txitrustee.com;kgeorge@kosmalalaw.com
- R. Todd Neilson (TR)    tneilson@brg-expert.com, sgreenan@brg-expert.com;tneilson@ecf.epiqsystems.com;ntroszak@brg-expert.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) January 9, 2018, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
VIA OVERNIGHT MAIL
Hon. Erithe A. Smith
U.S. Bankruptcy Court
411 West Fourth Street, Suite 5040 /Courtroom 5A
Santa Ana, CA  92701

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 9, 2018 | Mary de Leon | */s/ Mary de Leon* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:311538.1 59935/002